## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Case No.  05-cr-67-01-SM

<u>Philip Longeway</u>

### O R D E R

Defendant Longeway's motion to continue the final pretrial conference and trial is granted  (document 14).   Trial has been rescheduled for the January 2006 trial period.   Defendant Longeway shall file a waiver of speedy trial rights not later than September 27, 2005.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  December 16,  2005 at 2:30 p.m.

**Jury Selection**:  January 4, 2006 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

September  19,  2005

cc:    Jonathan Saxe, Esq.
        Helen Fitzgibbon, AUSA
        US Probation
        US Marshal